

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | DOMINIQUE F. SAINT-FORT<br>*Assistant Corporation Counsel*<br>Labor & Employment Law Division<br>(212) 356-2444<br>dosaint@law.nyc.gov |
|---|---|---|

August 21, 2019

**BY ECF**
Hon. Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Sarante v. City of New York, *et al.*
            Docket No. 18 CV 1967 (AMD)

Dear Judge Donnelly:

    I am the Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced action. I write on behalf of both parties to advise the Court that the parties have reached an agreement on material terms of settlement to resolve the underlying claims asserted in this matter. The parties are currently drafting a settlement stipulation and intend to submit a Stipulation of Dismissal no later than September 30, 2019.

    As such, the parties respectfully request that all current deadlines in this case, including Defendants motion for summary judgment, currently due by September 16, 2019, be adjourned *sine die*.

    The parties thank the Court for its attention to these matters.

                                    Respectfully submitted,
                                    /s/ *Dominique F. Saint-Fort*
                                    Dominique F. Saint-Fort
                                    Assistant Corporation Counsel

cc:    **THE SANDERS FIRM, P.C.** (via ECF)
        Eric Sanders, Esq.
        Attorneys for Plaintiff