UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIBEL SARANTE,

                                  Plaintiff,

            -against-

THE CITY OF NEW YORK, JAMES P. O'NEIL, as Police Commissioner, Police Department City of New York, STEVEN M. HELLMAN, as Commanding Officer, 7th Precinct, CLARENCE DAWSON, as Lieutenant, 7th Precinct, EDWARD CARRASCO, as Lieutenant, 7th Precinct, FREDDY LOPEZ, as Sergeant, 7th Precinct and JENNIFER KIELB, as Police Officer, 7th Precinct each sued individually in their official capacities as employees of Defendant THE CITY OF NEW YORK,

                                Defendants.
------------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL**

18 CV 1967 (AMD)

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, as follows:

        1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims in the above-referenced action, are hereby dismissed, with prejudice, and that an order to that effect may be entered without further notice.

Dated:      New York, New York
                 August __, 2019

**THE SANDERS FIRM, P.C.**
Eric Sanders, Esq.
Attorneys for Plaintiff
30 Wall Street, 8th Floor
New York, New York 10005
Tel: (212) 652-2782
esanders@thesandersfirmpc.com

**ZACHARY W. CARTER**
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 2-186
New York, New York 10007-2601
(212) 356-2444
dosaint@law.nyc.gov

By: _____ 08.26.2019    By: _____ 9/19/19
     Eric Sanders                                            Dominique F. Saint-Fort
                                                                                  Assistant Corporation Counsel